UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREG ADKISSON, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-505-TAV-HBG<br><br>*Lead Case Consolidated with* |
| KEVIN THOMPSON, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-666-TAV-HBG<br><br>as c*onsolidated with* |
| JOE CUNNINGHAM, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | ) ) ) ) ) ) | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of<br>Kin on behalf of Mike Shelton, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | ) ) ) ) ) ) ) ) | No.: 3:15-CV-420-TAV-HBG |

| JOHNNY CHURCH, | ) | | |
|---|---|---|---|
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:15-CV-460-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |
| | ) | | |
| DONALD R. VANGUILDER, JR., | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:15-CV-462-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |
| | ) | | |
| JUDY IVENS, as sister and next of kin, | ) | | |
| on behalf of JEAN NANCE, deceased, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:16-CV-635-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |
| | ) | | |
| PAUL RANDY FARROW, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:16-CV-636-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton, on October 1, 2018 (the "R&R") [Doc. 326]. In the R&R, Magistrate Judge Guyton recommends that plaintiffs' Motion for Sanctions [Doc. 288 in *Adkisson*, 3:13-CV-505; Doc. 282 in *Thompson*, 3:13-CV-666; Doc. 263 in *Cunningham*, 3:14-CV-20; Doc. 205 in *Rose*, 3:15-CV-17; Doc. 213 in *Wilkinson*, 3:15-CV-274; Doc. 194 in *Shelton*, 3:15-CV-420; Doc. 195 in *Church*, 3:15-

CV-460; Doc. 198 in *Vanguilder*, 3:15-CV-462; not docketed in *Ivens*, 3:16-CV-635, or *Farrow*, 3:16-CV-636], be denied. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 326]. Plaintiffs' Motion for Sanctions [Doc. 288 in *Adkisson*, 3:13-CV-505; Doc. 282 in *Thompson*, 3:13-CV-666; Doc. 263 in *Cunningham*, 3:14-CV-20; Doc. 205 in *Rose*, 3:15-CV-17; Doc. 213 in *Wilkinson*, 3:15-CV-274; Doc. 194 in *Shelton*, 3:15-CV-420; Doc. 195 in *Church*, 3:15-CV-460; Doc. 198 in *Vanguilder*, 3:15-CV-462; not docketed in *Ivens*, 3:16-CV-635, or *Farrow*, 3:16-CV-636] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE